_Gerardo Rico J19369_
Name and Prisoner/Booking Number
_9ATF_
Place of Confinement
_PO BOX 5247_
Mailing Address
_Corcoran, CA 93212_
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

<div style="border:1px solid">
**FILED**

**Dec 12, 2025**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
</div>

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

_Gerardo Rico_____,
(Full Name of Plaintiff)          Plaintiff,

v.

(1) _Idalberto Zaldivar-Galvez_,
(Full Name of Defendant)

(2) _____,

(3) _____,

(4) _____,
                    Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. ___1:25-cv-01827-HBK (PC)___
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
    ☐ Other: _____.

2.  Institution/city where violation occurred: _9ATF/Corcoran, CA_____.

## B. DEFENDANTS

1. Name of first Defendant: _Idalberto Zaldivar Valres_. The first Defendant is employed as: _Physician_ at _gATT_
   (Position and Title)                    (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as: _____ at _____.
   (Position and Title)                    (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as: _____ at _____.
   (Position and Title)                    (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title)                    (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☐ Yes    ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
         _____.

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
         _____.

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
         _____.

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: _8th amendment_
_Deliberate indifference_

2. **Claim I.** Identify the issue involved. Check **only one.** State additional issues in separate claims.
   - [ ] Basic necessities
   - [ ] Disciplinary proceedings
   - [ ] Excessive force by an officer
   - [ ] Mail
   - [ ] Property
   - [ ] Threat to safety
   - [ ] Access to the court
   - [ ] Exercise of religion
   - [ ] Other: _____
   - [x] Medical care
   - [ ] Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_See Pages 4 Thru 10_

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  [x] Yes  [ ] No
   b. Did you submit a request for administrative relief on Claim I?  [x] Yes  [ ] No
   c. Did you appeal your request for relief on Claim I to the highest level?  [x] Yes  [ ] No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## CLAIM II

1. State the constitutional or other federal civil right that was violated: _N/A_

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

   ☐ Basic necessities     ☐ Mail     ☐ Access to the court     ☐ Medical care
   ☐ Disciplinary proceedings     ☐ Property     ☐ Exercise of religion     ☐ Retaliation
   ☐ Excessive force by an officer     ☐ Threat to safety     ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   _N/A_

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

5. **Administrative Remedies.**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☐ Yes   ☐ No

   b. Did you submit a request for administrative relief on Claim II?     ☐ Yes   ☐ No

   c. Did you appeal your request for relief on Claim II to the highest level?     ☐ Yes   ☐ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

## CLAIM III

1.  State the constitutional or other federal civil right that was violated: _N/A_

2.  **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
    - ☐ Basic necessities
    - ☐ Disciplinary proceedings
    - ☐ Excessive force by an officer
    - ☐ Mail
    - ☐ Property
    - ☐ Threat to safety
    - ☐ Access to the court
    - ☐ Exercise of religion
    - ☐ Other: _____
    - ☐ Medical care
    - ☐ Retaliation

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

    _N/A_

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
    b.  Did you submit a request for administrative relief on Claim III? ☐ Yes ☐ No
    c.  Did you appeal your request for relief on Claim III to the highest level? ☐ Yes ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking:

*See Page 12*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/27/25
             DATE

_____
SIGNATURE OF PLAINTIFF

*Edward B. Spanier*
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

# INTRODUCTION

1. Plaintiff is Gerardo Rico J19369.

2. At all times relevant herein, Defendant Idalberto Zaldivar-Galves (Defendant) is/was aware that Plaintiff was in pain and needs L1-pelvis decompression and instrumented fusion. Defendant was aware of the serious medical risks that Plaintiff would be exposed to for ignoring/denying and delaying medical treatment for the severe pain in his lower back.

3. At all times relevant herein, Unknown Defendants is/were aware that Plaintiff was in pain and needs L1-pelvis decompression and instrumented fusion. Unknown Defendants were aware of the serious medical risks that Plaintiff would be exposed to for ignoring/denying and delaying medical treatment for the severe pain in his lower back.

4. **Defendant Deny Plaintiff Medical Treatment**

5. Plaintiff for **12 months** was under Defendant's care for his lower back.

6. Plaintiff informed Defendant of having severe pain in his lower back, and need surgery that specialist ordered (Dr. Frank Kevin Yoo, neurologist at Tri-City Medical Center).

7. Defendant failed to provide specialist ordered surgery that would relieve Plaintiff's lower back from being in severe pain.

8. Defendant knows of and disregards an excessive risk to inmate health and safety.

9. Defendant knew Plaintiff was hospitalize and had prior surgery for L3-4 and L4-5 laminectomies which had good results, in 2019.

10. Defendant course of treatment he intentionally chose was medically unacceptable under the circumstances and that chose was in conscious disregard of an excessive risk to the Plaintiff health.

11. Defendant intentionally interfere with medical treatment by denying surgery to be in severe pain.

CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. §1983
DEMAND JURY TRIAL

12. Defendant delay in seeking treatment could adversely affect Plaintiff prognosis.

13. Plaintiff been complaining about severe pain in his lower back, and need surgery that the specialist ordered to stop the severe pain.

14. Defendant delay of surgery has caused Plaintiff's lower back to be in severe pain, and loss of mobility.

15. Defendant has been Plaintiff's PCP for approximately 12 months, and is aware that Plaintiff was having severe pain in his lower back, and need surgery that the specialist ordered. Defendant stated that he was the doctor, and the specialist just can recommend surgery.

16. Defendant reviewed Plaintiff's medical records and possessed general knowledge of Plaintiff's medical history.

17. Defendant knew of risk of injury to Plaintiff severe pain in his lower back, and need surgery that specialist ordered based on the fact Plaintiff continually informed Defendant of the severe pain.   Defendant ignored his complaints for appropriate pain medication.

18. Defendant lack of treatment caused Plaintiff's condition to worsen, causing wanton and unnecessary severe pain in his lower back.

19. Defendant failure to treat or address Plaintiff complaints of severe pain with his lower back caused him wanton and unnecessary severe pain, as a result of Defendant untreated condition.

20. Defendant failed to investigate condition to provide Plaintiff with effective treatment.

21. Defendant failed to provide proper medical attention needed to properly diagnose fully of Plaintiff's injuries that further delayed Plaintiff's medical needs.

22. Plaintiff severe pain and delay of surgery affected his daily activities.

23. Defendant violated Plaintiff's Eighth Amendment Right by causing cruel and unusual punishment with lack of medical care, delayed Plaintiff's access to medical attention, serious medical condition delay (continuing the delay) that has led to Plaintiff's disability and caused his lower back to get infected.

24. Plaintiff has informed Defendant on numerous occasion that the current medication is not relieving the pain

**Defendant knew that Plaintiff was exposed to risk of serious injury through his failure to provide medical treatment.**

25. Defendant is Plaintiff's Primary Care Physician for 12 months.

26. Defendant accessed the computer medical file of Plaintiff to determine his chief complaint, severe pain and medication. Defendant knew Plaintiff suffers from severe pain in his lower back, and need surgery that said specialist ordered.

27. Defendant failed to provide Plaintiff access to adequate pain medication.

28. Defendant delay in seeking treatment could adversely affect Plaintiff prognosis.

29. Plaintiff been complaining about severe pain in his lower back, and need surgery that said specialist ordered for Plaintiff.

30. Defendant denial has caused Plaintiff's lower back to be in severe pain. Plaintiff is losing his ability to walk.

31. Defendant knew Plaintiff could have permanent damages for not receiving medical treatment for lower back. Creating grave risks of physical harm, injury, through the bestial conditions and punishment, which Plaintiff was forced to undergo, it was or should have been reasonable foreseecable to Defendant that Plaintiff would suffer serious injury, Plaintiff was harmed by Defendant's denial. As a direct and/or proximate result of Defendant's actions, Plaintiff experienced excruciating pain, and loss of mobility.

32. Plaintiff informed Defendant of his severe pain, and loss of mobility. Defendant chose to ignore Plaintiff's complaints of severe pain, and loss of mobility.

33. Defendant was aware of Plaintiff's condition because he reviewed Plaintiff's medical records and possessed general knowledge of Plaintiff's medical history, but failed to investigate and adequately monitor Plaintiff's condition so that they could provide Plaintiff with effective treatment, such as specialist ordered medication, without that medication, Plaintiff's lower back became infected with severe pain.

34. Defendant's lack of treatment caused Plaintiff's condition to worsen, causing extreme pain, and loss of mobility.

35. Defendant acted in conscious disregard of an excessive risk of harm to the health and safety of Plaintiff.

36. The severe pain, and loss of mobility, and denial of surgery. Affected Plaintiff daily activities and that the lack of treatment exposed Plaintiff to the risk of temporary and permanent damage to his lower back. Plaintiff has been in severe pain in his lower back, and need surgery, based on the lack of treatment that cause Plaintiff's condition to worsen, which cause extreme pain.

37. Defendant's deliberate delays in providing medical treatment for Plaintiff's lower back, and need surgery that specialist ordered resulted in Plaintiff's wanton and unnecessary pain.

a. Defendant has violated his Eight Amendment rights because Defendant denied and delayed Plaintiff's access to medical treatment for over 12 months, with severe pain to his lower back.

## EXHAUSTED REMEDIES

38. Appeal (*SATF NO. 25TH 1190*) ( *1190* ) was submitted on *5/3/25*

39. Appeal *1190*   had no intervention on   *7/25/25* . at First Level.

40. Appeal *1190*   was submitted to Headquarters' Level, and had no intervention on *10/31/25* .

## CAUSE OF ACTION
### (42 U.S.C. §1983; 8th Amendment to U.S. Constitution)

41. Plaintiff refers to and incorporates herein by reference the allegations contained in paragraphs 1 through 40, above.

42. Defendant violated Plaintiff's right to be free from cruel and unusual punishment guaranteed to Plaintiff by the Eight Amendment to the United States Constitution by their actions of denying and delaying medical treatment for his pain and loss of mobility with severe pain in his lower back, and need surgery that said specialist ordered, and Defendant is aware that Plaintiff lower back was in severe pain, and the current pain medication is not relieving the pain.

43. Defendant wrongful actions alleged herein are in violations of 42 U.S.C. §1983 because he had deprived Plaintiff of rights, benefits, and privileges secured by the United States Constitution.

44. Defendant acted under color and authority of State laws.

45. The actions, omissions and conduct of Defendant demonstrate deliberate indifference to Plaintiff's Eighth Amendment Rights.

46. As a proximate result of Defendant violation of Plaintiff's right to be free from cruel and unusual punishment while at SATF, Plaintiff has suffered, is suffering and will continue to suffer irreparable damages, based on denial of medical treatment.

47. As a direct and foreseeable result of Defendant violation of the Eighth Amendment, Plaintiff has suffered, is suffering and will continue to suffer harm to his lower back and mobility, which will likely cause irreparable harm and permanent harm to his lower back.

48. An actual controversy exists between Plaintiff and Defendant concerning their rights, privileges and obligations.

49. Defendant acts were willful, intentional, malicious, wanton and despicable unconscious disregard of Plaintiff's rights, entitling Plaintiff to an award of exemplary damages.

### PRAYER FOR RELIEF

Wherefore, Plaintiff respectfully prays for relief as follows:

1. Issue an Order to have surgery;

2. Award Plaintiff compensatory damages in an amount to be determined at Trial;

3. Award Plaintiff punitive and exemplary damages in an amount to be determined at Trial;

4. Award Plaintiff, pursuant to 29 U.S.C. §794 (b), §§1988 and 122205, the cost of this suit and reasonable attorney's fees and litigation expense; and

5. Award such other and further relief as the Court deems just and proper.

Dated: ~~May 8, 2025~~  11/27/25

Respectfully submitted,

GERARDO RICO